

August 29, 2008

Hon. Ronald I. Ellis
United States Magistrate Judge
United State District Court
500 Pearl Street
Chambers Room 1970
New York, New York 10007

                              Re:    Diaz v. NYC Health and Hospitals Corporation
                                         File #: 08 CV 0276(DAB)(RLE)

Dear Hon. Ellis:

      I am writing this letter in order that an application be made for an adjournment on the Settlement Conference which is presently scheduled for September 4, 2008 to October 7, 2008. I have discussed same with my adversary and this adjournment is on consent of all parties.

      Please advise accordingly.

                                                             Very truly yours,

                                                              Damaris Diaz

*Conference adjourned to 10-7-08 at 11am*

**SO ORDERED**
Ronald Ellis  9-2-08

**MAGISTRATE JUDGE RONALD L. ELLIS**